UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYSON MARTIN,
     Petitioner,

vs.                             Case No.:  4:20cv507/TKW/EMT

SECRETARY DEP'T OF CORR.,
     Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19) and Petitioner's objections (Doc. 23).  The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's disposition of each claim.  The Court also agrees with the magistrate judge's determination that Petitioner has not made a substantial showing of the denial of a constitutional right and that reasonable jurists would not find the Court's disposition of Petitioner's claims to be wrong or fairly debatable.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (Doc. 5) is **DENIED**.

3.      The certificate of appealability is **DENIED**.

4.      The Clerk of court shall enter judgment in accordance with this Order

and close the case.

**DONE and ORDERED** this 1st day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**